**Order issued September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-13-00116-CR
No. 05-13-00117-CR

---

**JENNY REBECCA BONHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices O'Neill, Lang-Miers, and Evans

Based on the Court's opinion of this date, we **GRANT** the June 10, 2013 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jenny Rebecca Bonham, TDCJ #1855377, Plane State Jail, 904 FM 686, Dayton, Texas, 77535.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE